IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FRITZ GERALD TOUSSAINT

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NEW YORK PUBLIC LIBRARY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. CV 23-853
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

Gujarati, J.
Bloom, M.J.



RECEIVED
JAN 3 1 2023
PRO SE OFFICE

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name              Fritz Gerald Toussaint,

Street Address    6353 El Cajon Blvd St 124 PMB 137

City and County   San Diego, CA 92115

State and Zip Code

Telephone Number

E-mail Address

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name              The New York Public Library

Job or Title
(if known)

Street Address    455 Fifth Av

City and County   New York New York 10037

State and Zip Code

Telephone Number

E-mail Address
(if known)

2

Defendant No. 2

Name                      "Tortion Security Officer"

Job or Title
(if known)

Street Address            9 Murray Street

City and County           New York New York

State and Zip Code

Telephone Number

E-mail Address
(if known)


Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)


Defendant No. 4

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

3

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    State or local officials (a § 1983 claim)

☑    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

WHILE OPERATING UNDER THE COLOR OF LAW 501(C)(3) AS WELL AS FEDERAL AUTHORITY DEPRIVE PATRON OF USE IF YOU SEE SOMETHING SAY SOMETHING" PERSONAL OF THE NYPP VOKD PLAINTIF WHILE VIOLATING HIS CIVIL RIGHT

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

WHILE OPERATING UNDER THE COLOR OF LAW USC 4 NYP 50(1)(C) 3 DEPRIVED ME OF COPY RIGHTED MATERIAL CREATED WHILE OPERATING AS A PUBLIC NON PROFIT IT STOLE DATA THAT USERS CREATED USING PRETEXTUAL REASONING

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

WHILE OPERATING UNDER THE COLOR OF LAW I GAVE HOMOSEXUALS PREFERENCE AND DEPRIVE RELIGIOUS PERSON IN GROSS VIOLATION OF USC 41. AND BANNED PEOPLE OF COLOR THROUGH DISCRIMINATION AGAINST DISABLED PATRONS AS WELL AS THOSE DEEMED OR PERCEIV AS HOMELESS

4

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

THE ACTS OCCURE @ STAVOS WHERE AN NYPL SECURITY GUARD PASSED AS A FEDERAL AGENT AS HE VIOLATED THE ADA FOR REASONS OF DEPRIVATION OF EQUAL ACCESS OF COMPUTER NETWORKS

B.    What date and approximate time did the events giving rise to your claim(s) occur?

FROM @ LAST JANUARY 21 OF 22 EMPLOYEES AS WELL AS AGENTS OF NYPL VIOLATED MY 1ST AMENDMENT RIGHT UNDER A SERIES OF TORTIOUS ACTIONS DEPRIVING ME OF MY CIVIL RIGHTS

C.    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

WHILE UTILIZING A 501 (C)(3) FOR THE PURPOSE OF PROMOTING ADHERENCE TO HOMOSEXUAL LIFE CHOICES THE NYPL EMBARKED ON A PERILOUS COURSE OF SOCIAL CONDITIONING AND CONVERTING CHILDRA WHOSE ORIENTATION IS HETERO SEXUAL TO "GENDER NON CONFORMING PERSONS

FORCING ACCEPTANCE OR TOLERENCE OF A FLAG UPON THE PUBLIC THAT HAS BECOME HATE SPEECH AS WELL AS A TOOL FOR BULLYING HARASSMENT TAUNTING BECAUO F DENIAL OF BRAZEN HOMOSEXUAL JUSTICUATION @ THE EXPENSE OF CHRISTIAN, PEOPLE OF FAITH AS WELL AS STRAIGHT PERSON

5

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*ECONOMIC INJURIES STEMMING FROM DEFENDANTS MULTITUD OF DISCRIMNATIVE TORTIOUS ACTS AS THE WERE BASED PRIMARILY ON RETALIATION ON PT DOMINANTLY ON POLITICAL ACTIVISM NATIONAL ORIGIN ETHNIC BACKGROUND RELIGION MARITAL STATUS*

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*DEMAND FOR DISCOVERY DEMAND FOR JURY TRIAL*

*RETURN OF ALL STOLEN PROPERTY*

*667 MILLION DOLLAR USD THE ENTIRE DIGITAL COLLECTS ALL BOOKS ARE PROPRTY OF THE MUSIC THE CHIDREN OF THE CITY OF NY*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case- related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __1 / 21__, 2023.

Signature of Plaintiff ___Fritz Gerald Toussaint,___

Printed Name of Plaintiff ___Fritz Gerald Toussaint,___

7